# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEROME PROCTOR,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NIOBRARA TRADING POST, INC.,<br><br>　　　　　　Defendant. | 8:17CV103<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Stipulation of Dismissal, ECF No. 25. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation of Dismissal, ECF No. 25, is approved;

2. The above-captioned action is dismissed;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 22nd day of December, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Chief United States District Judge